UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM
UNITED STATES DISTRICT COURT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRELL G. YOUNG, | CASE NO. C07-5469RBL-KLS |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION FOR COSTS AND ATTORNEY FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $350.00 and attorney fees in the amount of $6,625.00 be awarded to plaintiff.

DATED this 15th day of August, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER GRANTING PETITION**
**FOR COSTS AND FEES**

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523