# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARRELL G. YOUNG

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5469RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That costs in the amount of $350.00 and attorney fees in the amount of $6,625.00 be awarded to plaintiff.

| August 15, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

    *s/Caroline M. Gonzalez*
Deputy Clerk